Wednesday, February 19, 2014

Misc. No. 14–8013/MC. Daniel J. Jimenez, Appellant v. United States. CCA 200900010. Notice is hereby given that a writ-appeal petition for review of the United States Navy–Marine Corps Court of Criminal Appeals decision on application for extraordinary relief in the nature of a writ of error coram nobis was filed under Rule 27(b) on this date.